# EXHIBIT "A"

**CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") arising out of my work with Northeast Community Behavioral Health.

2. I worked for Northeast Community for Behavioral Health from on or about 02/2019 (month, year) to on or about 06/2020 (month, year). During this time, I worked for Northeast Community for Behavioral Health in Pennsylvania.

3. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Willig, Williams & Davidson, at 1845 Walnut Street, Suite 2400, Philadelphia, PA 19103 ("Plaintiff's Counsel"), to represent me for all purposes in this action or any subsequent action against Northeast Community for Behavioral Health.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: *[DocuSigned signature]*
Date: 3/15/2021 | 1:43 PM EDT
Name: Jayson Carroll
Address: 8415 Rising Sun Ave Philadelphia, PA 19111
Telephone: 215-764-7797
E-Mail: jayc4339@gmail.com

**COMPLETE AND RETURN TO:**
WILLIG. WILLIAMS & DAVIDSON
ATTN: Ryan Allen Hancock
1845 Walnut St., 24th Floor
Philadelphia, PA 19103
Tel: (215) 656-3679
Email: rhancock@wwdlaw.com