IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAYSON CARROLL, *individually and on behalf of all persons similarly situated*,<br><br>*Plaintiffs,*<br><br>v.<br><br>NORTHEAST COMMUNITY CENTER FOR BEHAVIORAL HEALTH,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 21-01288 |

**ORDER**

**AND NOW**, this 14th day of October 2022, upon consideration of Plaintiff's Motion for Preliminary Approval of the Settlement Agreement (ECF 39), the Court **DENIES** the Motion without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1