IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAYSON CARROLL, individually and on behalf of all persons similarly situated,** | : Civil Action No. 2:21-cv-01288 |
| **Plaintiffs,** | : |
| v. | : Class and Collective Action |
| **NORTHEAST COMMUNITY CENTER FOR BEHAVIORAL HEALTH,** | : |
| **Defendant.** | : |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiff Jayson Carroll, through this undersigned counsel, respectfully moves this Court for an Order:

1. Granting final approval of the Parties' Settlement Agreement (Dkt. No. 42-1) and ordering disbursement of the settlement funds in accordance with its terms;

2. For settlement purposes, finally certifying the FLSA claims pursuant to 29 U.S.C. § 216(b) and the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3. Finally approving Plaintiff Jayson Carroll as the Representatives of the Settlement Class and approving the service award of $15,000 for his service to the Settlement Class;

4. Finally approving Willig, Williams, & Davidson as Class Counsel for the Settlement Class;

5. Finding that the dissemination of the Settlement Notice was accomplished as directed and met the requirements of due process;

6. Finally approving Class Counsel's attorneys' fees in the amount of $100,000.00 and costs in the amount of $1,658.44;

1

7.     Dismissing this class and collective action with prejudice, and reserving exclusive and continuing jurisdiction over this action, the named Plaintiffs, the certified classes, and Defendants for purposes of supervising the implementation and enforcement of the Settlement Agreement, the Order finally approving the settlement, and all settlement administration matters.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Ryan Allen Hancock in Support of the Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

A proposed Final Order is submitted for the Court's consideration.

Dated: March 28, 2023                                             Respectfully submitted,


*/s/ Ryan A Hancock*

Ryan Allen Hancock
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3679
Facsimile: (215) 561-5135
Email:  rhancock@wwdlaw.com

*Attorneys for the Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 28th day of March, 2023.

_____
Ryan Allen Hancock